IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-MC-65-BR

IN RE GRAND JUROR KN ) 
) 
) 
) ORDER
)
)

This matter is before the court on grand juror KN's motion to unseal all documents in this case for the limited purpose of providing copies of such documents to KN's counsel. For good cause shown, the motion is ALLOWED. The Clerk is DIRECTED to provides copies of the documents contained in docket entry # 3 to KN's counsel.

This 15 December 2011.

W. Earl Britt
Senior U.S. District Judge